UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GLENN LEE SELDEN,

    Petitioner,

v.                                                Case No: 2:18-cv-186-FtM-38MRM

UNKNOWN RESPONDENT,

    Respondent.
_____/

**OPINION AND ORDER**[1]

This matter comes before the Court on Petitioner Glenn Lee Seldon's Demand of Execution (Doc. 7) filed on April 9, 2018. On April 6, 2018, the Court dismissed Petitioner's Petition as successive and closed the case. (Doc. 5). Petitioner was sent an "Application for Leave to File a Second or Successive Habeas Corpus Petition 28 U.S.C. § 2244(b) By a Prisoner in State Custody" form and told he could seek permission from the Eleventh Circuit Court of Appeals to file a successive habeas petition. Judgment was subsequently entered on April 9, 2018. (Doc. 6). Because Petitioner's petition was dismissed as successive, the instant motion is due to be stricken.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Petitioner Glenn Lee Seldon's Demand of Execution (Doc. 7) is **STRICKEN** from the record. The Clerk of Court is directed to **STRIKE** Petitioner's Demand of Execution (Doc. 7), remove it from the docket sheet and return it to Petitioner.

**DONE** and **ORDERED** in Fort Myers, Florida this 3rd day of May, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
All Parties of Record
SA: FTMP-2